BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
Suite 4401, Federal Courthouse
2500 Tulare Street
Fresno, CA   93721
Telephone: (559) 497-4000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | 1:10CR476 LJO |
| ) | |
| Plaintiff,   ) | STIPULATION AND ORDER THEREON |
| ) | FOR CONTINUANCE |
| v.            ) | |
| ) | |
| KEOVILAYVANH DOUANGCHANH,     ) | |
| ) | |
| Defendant.   ) | |
| _____) | |

    Defendant KEOVILAYVANH DOUANGCHANH, by and through his attorney, ANN VORIS, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby stipulate that the Status Conference set for May 27, 2011, be continued to June 3, 2011 at 10:30 a.m. due to the unavailability of counsel for the government, who is on sporadic medical leave following knee replacement surgery.

    The parties further agree that the government's response to the defendant's pending motion shall be filed on or before May 27.

    The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein

1  for effective defense preparation, plea negotiations,
2  availability of counsel, and the filing of motions, pursuant to
3  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

Dated: May 19, 2011                     Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                   By:  /s/ Karen A. Escobar
                                        KAREN A. ESCOBAR
                                        Assistant U.S. Attorney

Dated: May 19, 2011                     /s/ Ann Voris
                                        ANN VORIS
                                        Attorney for Defendant
                                        KEOVILAYVANH DOUANGCHANH

**O R D E R**

   IT IS THE ORDER OF THE COURT THAT the status conference currently set in this matter for May 27 at 10:30 a.m., shall be continued to June 3, 2011, at 10:30 a.m.

   IT IS ALSO THE ORDER OF THE COURT THAT the government may have until May 27 to respond to the defendant's pending motion.

   THE COURT FURTHER FINDS based on the reasons articulated by the parties that the continuance in the "ends of justice" outweighs the interest of the public and defendant in a speedy trial under the Speedy Trial Act and the intervening period of delay shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

                                        IT IS SO ORDERED.

**Dated:   May 19, 2011**               /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE