```
 1 │ BENJAMIN B. WAGNER
   │ United States Attorney
 2 │ KAREN A. ESCOBAR
   │ Assistant U.S. Attorney
 3 │ Suite 4401, Federal Courthouse
   │ 2500 Tulare Street
 4 │ Fresno, CA   93721
   │ Telephone: (559) 497-4000
 5 │
 6 │
 7 │
   │                UNITED STATES DISTRICT COURT
 8 │
   │                EASTERN DISTRICT OF CALIFORNIA
 9 │
10 │
   │ UNITED STATES OF AMERICA,      ) 1:10-cr-476 LJO
11 │                                )
   │            Plaintiff,          ) STIPULATION AND ORDER
12 │                                ) THEREON FOR CONTINUANCE
   │        v.                      )
13 │                                )
   │ DOUANGCHANH KEOVILAYVANH,      )
14 │                                )
   │            Defendant.          )
15 │ _____ )
```

16   Defendant DOUANGCHANH KEOVILAYVANH by and through his
17 attorney, ANN VORIS, and the United States of America, by and
18 through its attorneys, BENJAMIN B. WAGNER, United States
19 Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney,
20 hereby stipulate that the motions hearing set for July 28, 2011,
21 be continued to August 5, 2011, at 10:00 a.m. to allow the
22 government adequate time to respond to the defendant's
23 supplemental motion.  The defendant's motion was due for filing
24 on June 24 but was filed on Friday, July 15.  July 15 was the
25 deadline for filing the government's response.  The parties
26 stipulate that the government's response may now be filed by July
27 29.  The government's attorney will be out of the office July 21
28 and 22 and needs additional time to respond to the motion.

1  The parties agree that the delay resulting from the
2  continuance shall be excluded in the interests of justice herein
3  to resolve the pending motion, pursuant to 18 U.S.C. §§
4  3161(h)(7)(A) and (B)(iv).

6  Dated: July 20, 2011                Respectfully submitted,

7                                      BENJAMIN B. WAGNER
                                       United States Attorney
8
9                               By:    /s/ Karen A. Escobar
                                       KAREN A. ESCOBAR
10                                     Assistant U.S. Attorney

11 Dated: July 20, 2011                /s/ Ann Voris
                                       ANN VORIS
12                                     Attorney for Defendant
                                       DOUANGCHANH KEOVILAYVANH

**O R D E R**

IT IS THE ORDER OF THE COURT THAT the motions hearing currently set in this matter for July 28 shall be continued to August 5, 2011, at 10:00 a.m.

IT IS FURTHER ORDERED THAT the government's response shall be filed by July 29.

THE COURT FURTHER FINDS based on the reasons articulated by the parties that the continuance in the "ends of justice" outweighs the interest of the public and the defendants in a speedy trial under the Speedy Trial Act and the intervening period of delay shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

**Dated:   July 21, 2011**                    /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE