DANIEL J. BRODERICK, Bar #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DOUANGCHANH KEOVILAYVANH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:10-CR-0476 LJO |
| Plaintiff, | STIPULATION TO CONTINUE MOTIONS SCHEDULE AND HEARING; ORDER |
| v. | |
| DOUANGCHANH KEOVILAYVANH, | Date: November 21, 2011 |
| Defendant. | Time: 1:00PM<br>Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that a new motions schedule be set as follows: motions in the above-captioned matter shall be filed on or before October 31, 2011, responses shall be filed on or before November16, 2011, and **the hearing on motions now set for November 14, 2011, may be continued to November 21, 2011, at 1:00 p.m.**

The reason for this continuance is to permit filing of motion which date was inadvertently missed due to the Columbus Day holiday and client's continued presence at Lerdo, and investigations and negotiations.
The requested continuance will conserve time and resources for all parties and the court.
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(B)(7)(a).

BENJAMIN B. WAGNER
United States Attorney

DATED: October 19, 2011            By    /s/ Karen Escobar
KAREN ESCOBAR
Assistant United States Attorney
Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Public Defender

DATED: October 19, 2011            By    /s/ Ann H. Voris
ANN H. VORIS
Assistant Federal Defender
Attorney for Defendant
DOUANGCHANH KEOVILAYVANH

# O R D E R

**Granted.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(B)(7)(a).

IT IS SO ORDERED.

**Dated:   October 19, 2011**            /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE